**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
SEP 16 2025
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVION D. HILL,<br><br>    Defendant. | 8:25CR-201<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1) & 924(a)(8) |

The Grand Jury charges that

## COUNT I

On or about April 16, 2025, in the District of Nebraska, Defendant KEVION D. HILL, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: Attempt of a Class 2 Felony, March 1, 2013 (CR12-2847); Burglary, May 28, 2014, (CR13-3376); Attempt of a Class 2 Felony, August 28, 2018 (CR18-557), all in Douglas County District Court, Nebraska, knowingly possessed a Girsan .45 caliber 1911 handgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
PATRICK C. MCGEE
Assistant United States Attorney

1